UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE PALARCA, et al.,<br><br>Defendants. | Case No. 25-cv-07034-KAW<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>Re: Dkt. No. 15 |

On September 30, 2025, Plaintiff Karena Apple Feng filed a motion for leave to proceed in forma pauperis ("IFP"). IFP status is not required because Defendants have already paid the filing fee and appeared in the case. Accordingly, the Court DENIES the IFP motion as moot.

IT IS SO ORDERED.

Dated: October 2, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge