UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MELANIE PALARCA, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-07034-VC<br><br>**ORDER GRANTING MOTION TO DISMISS AND TO STRIKE**<br><br>Re: Dkt. Nos. 11, 14 |

　　　Because of the plaintiffs' failure to appear at today's hearing and the frivolousness of their claims, this case is dismissed without prejudice for failure to prosecute. The Clerk of Court is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
VINCE CHHABRIA
United States District Judge