UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MELANIE PALARCA, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-07034-VC<br><br>**ORDER DENYING<br>RECONSIDERATION AND<br>EMERGENCY RELIEF**<br><br>Re: Dkt. No. 35 |

The Supplemental Notice of Continuing Retaliation and Emergency Request for Protective Order, Dkt. No. 35, is construed as a motion for reconsideration and an application for a temporary restraining order. Both are denied. This ruling assumes the reader's familiarity with the facts, the applicable legal standards, and the arguments made by the parties.

This case was dismissed for failure to prosecute and for frivolousness. Dkt. No. 34. Importantly, the Court lacks subject matter jurisdiction over the plaintiffs' federal claims because they are so "devoid of merit as to not involve a federal controversy." *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998). Without any basis for federal jurisdiction, the Court declines to exercise supplemental jurisdiction over the state claims. *Ove v. Gwinn*, 264 F.3d 817, 826 (9th Cir. 2001). Nothing in the plaintiffs' notice remedies that issue, so the motion for reconsideration is denied. For that same reason, the request for emergency relief is denied.

**IT IS SO ORDERED.**

Dated: January 13, 2026

_____
VINCE CHHABRIA
United States District Judge