UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG, et al., <br><br> Plaintiff, <br><br> v. <br><br> MELANIE PALARCA, et al., <br><br> Defendant. | 25-cv-07034-VC <br><br> **JUDGMENT** |

The Court, having dismissed this case without prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 13, 2026

_____

VINCE CHHABRIA
United States District Judge